**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 32 EAL 2018

       Respondent                  :

                                      :    Petition for Allowance of Appeal from

                                      :    the Order of the Superior Court

           v.                          :

                                      :

PHILIP HUMMEL,                     :

                                      :

       Petitioner                 :

## ORDER

**PER CURIAM**

       **AND NOW**, this 5th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.